

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-12-00426-CV

_____

**MARICELA G. MORALES, LEONEL MORALES,**
**AND FIDEL MORALES, INDIVIDUALLY,**
**AS PERSONAL REPRESENTATIVE OF THE**
**ESTATE OF INNOCENCIO MORALES, DECEASED,**

                                                                        **Appellants**

 **v.**

**PURSLEY TEMPORARIES, INC., NAVARRO PECAN**
**COMPANY, INC., COLLIN STREET BAKERY, INC.,**
**GEORGE M. MARTIN, JOANN MEANS,**
**L. WILLIAM MCNUTT, JR., AND ROBERT MCNUTT,**

                                                                        **Appellees**

_____

**From the 13th District Court**
**Navarro County, Texas**
**Trial Court No. 05-00-14661-CV**

_____

## MEMORANDUM  OPINION

_____

After entering summary judgments on all of Appellants' claims against Appellee

Navarro Pecan Company, Inc. in the original cause (trial court cause no. 05-00-14661-

CV), the trial court signed an order severing Appellants' claims against Appellee

Navarro Pecan Company, Inc. into a new cause (trial court cause no. D12-21707-CV).

The trial court then entered a final judgment on Appellants' claims against Appellee Navarro Pecan Company, Inc. in the severed cause. Appellants filed a notice of appeal in both the original cause (which we docketed as case no. 10-12-00426-CV) and in the severed cause (which we docketed as case no. 10-12-00425-CV).

The Clerk of the Court notified Appellants that it appears that the Court does not have jurisdiction of the appeal in the original cause, case no. 10-12-00426-CV (trial court cause no. 05-00-14661-CV), because there is not a final judgment. In a response, Appellants do not contest that we lack jurisdiction. Accordingly, this appeal is dismissed for lack of jurisdiction.

Appellants filed a motion to consolidate both appeals, asserting that the district clerk failed to transfer all of the relevant items into the severed cause. We thereafter received the clerk's records in both appeals, and the clerk's record in the severed cause (case no. 10-12-00425-CV) appears to contain all relevant items. Additionally, the clerk's record and the reporter's record in case no. 10-12-00426-CV have been cross-filed in case no. 10-12-00425-CV. Accordingly, the motion to consolidate is denied.

REX D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed April 25, 2013
[CV06]